**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JANET M. SEEFELDT,

Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY,

Defendant.

Civil 00-1313 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Fay E. Fishman, PETERSON FISHMAN LIVGARD & CAPISTRANT, 3009 Holmes Avenue South, Minneapolis, MN 55408, for plaintiff.

John Harper, III, KRASS MONROE, 1650 West 82nd Street, Suite 1100, Bloomington, MN 55431, for defendant.

The Court having been advised that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Nov 30, 2000
at Minneapolis, Minnesota

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED ________ 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________