**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**JANET M. SEEFELDT,**

**Plaintiff,**

**vs.** **Court File No. 00-1313 JRT/FLN**

**UNUM LIFE INSURANCE COMPANY OF AMERICA,**

**Defendant.**

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the parties to this action, by their respective counsel, that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated: 11/22, 2000

Fay E. Fishman
Attorney for Plaintiff
State Bar No. 158446

Dated: 11-28, 2000

John Harper III
Attorney for Defendant
State Bar No. 41397

FILED DEC 0 2 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated this 30th day of November, 2000.

**BY THE COURT:**

[signature]

**Judge of U.S. District Court**

G:\WPDATA\U\UNUMPROVIDENT\18-SEEFELLDT\PLDGS\STIP OF DISMISSAL.DOC